UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-3260-CV-S-RED |
| ) | |
| RODRIGO TORES, ) | |
|     Defendant. ) | |
| ) | |

    Jury Verdict.    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

    **IT IS ORDERED** that

defendant's exceptions filed herein be, and they are hereby, Considered and Overruled. It is further

    **ORDERED** that

defendant be, and is hereby, committed under the provisions of § *4246 supra.*

 November 13, 2008            Patricia L. Brune
Date                                   Clerk

Entered on: November 13, 2008    /s/ Christy Anderson
                                            (By) Deputy Clerk